UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK COX,                                                    Case No.:  17-6081

                              Plaintiff,

    -against-

GERMAN KITCHEN CENTER LLC,
GERMAN KITCHEN CENTER, NEW YORK,
LLC, and MAYAN METZLER,

                              Defendants.

_____

        IT IS HEREBY STIPULATED, that Plaintiff shall be entitled to amend its complaint on
consent, pursuant to Rule 15(a)(2).

Dated:  New York, New York
        July 20, 2018


ZOCCALI, P.C.                                  KNOX LAW GROUP P.C.

By:  *Joseph Zoccali*                          By:  *Daniel Knox*
Joseph Zoccali                                 Daniel Knox
32 Union Square East, Suite 1007               1 Penn Plaza, Suite 2430
New York, New York 10003                       New York, New York 10119
Tel.:  (212) 918-1957                          Tel.: (212) 239-1114
Email: joseph@zoccalipc.com                    Email: dknox@knoxlaw.nyc
*Attorneys for Defendants*                     *Attorneys for Plaintiff*