

10 East 40th Street
New York, New York 10016

Tel  212.689.8808
Fax 212.689.5101
www.hnrklaw.com

mmanber@hnrklaw.com

December 12, 2018

**VIA ECF**

Hon. George B. Daniels
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Cox v. German Kitchen Center LLC, et al., No. 17 Civ. 6081 (GBD)

Dear Judge Daniels:

We represent defendants German Kitchen Center LLC, German Kitchen Center, New York, and Mayan Meltzer in the above-captioned action. We write with the consent of counsel for Plaintiff Mark Cox to set forth the agreed-upon discovery schedule discussed at this morning's status conference, so that it may be so-ordered.

The parties have agreed on the following discovery deadlines:

- Defendants to serve amended initial disclosures by 12/19/18;
- Document requests and interrogatories by 1/31/19;
- Document production concluded by 3/29/19;
- Depositions concluded by 5/31/19;
- Close of discovery on 6/14/19; and
- Next status conference before Your Honor on 5/29/19 at 9:45 am.

We thank you for your attention to this matter.

Respectfully submitted,

*Miriam Manber*
Miriam Manber

cc:   All counsel of record (*via ECF*)