UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MARK COX,

        Plaintiff,

 -against-

GERMAN KITCHEN CENTER LLC et al.,

        Defendants.

------------------------------------------x

ORDER

17 Civ. 6081 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 22, 2020 conference is adjourned to July 8, 2020 at 9:45 a.m.

Dated: New York, New York
   March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE