UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARK COX,                                            :

                              Plaintiff,      :            **ORDER**

                                  v.                  :            17-CV-6081 (GBD) (KNF)

GERMAN KITCHEN CENTER LLC AND                        :
GERMAN KITCHEN CENTER, NEW YORK, LLC,
                                                    :
                              Defendants.    :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a letter dated June 12, 2020, the defendants seek to compel: (1) "Plaintiff . . . to answer the questions in the subpoena" issued by the defendants to Mark Cox Designs, Inc.; and (2) "Plaintiff's counsel . . . to depose Mayan Metzler pursuant to Rule 30(b)(4), serve Nurit Metzler personally and depose that person pursuant to Rule 45." Docket Entry No. 42. On or before June 29, 2020, the defendants shall make a motion, limited to the issues raised in their June 12, 2020 letter. The memoranda of law in support and opposition to the motion shall be no longer than 12 pages and a reply memorandum no longer than 6 pages. The defendants are on notice that failure to include a detailed "certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action," Fed. R. Civ. P. 37(a)(1), which must describe any party's proposal(s) to resolve the dispute(s) and the reasons for rejecting such proposal(s), may result in denial of the motion, with prejudice.

Dated: New York, New York
       June 23, 2020                                           SO ORDERED:

                                                                           KEVIN NATHANIEL FOX
                                                                           UNITED STATES MAGISTRATE JUDGE