UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MARK COX

                               Plaintiff,

      -against-

GERMAN KITCHEN CENTER LLC et al.,

                            Defendants.

------------------------------------------------------------ x

ORDER

17 Civ. 6081 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for August 26, 2020 at 9:45 am is canceled.

Dated: New York, New York
       August 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge