UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARK COX

                         Plaintiff,

-against-

GERMAN KITCHEN CENTER LLC et al.,

                       Defendants.

------------------------------------- x

ORDER

17 Civ. 6081 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's motion to stay enforcement of Magistrate Judge Fox's September 2, 2020 order that Plaintiff produce income tax returns of Mark Cox and Mark Cox Designs, Inc., (ECF No. 58), is GRANTED, to the extent that Plaintiff's obligation to produce those documents is stayed until September 25, 2020.

Dated: New York, New York
       September 10, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge