UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MARK COX

                        Plaintiff,

-against-

GERMAN KITCHEN CENTER LLC et al.,

                      Defendants.

------------------------------------ x

ORDER

17 Civ. 6081 (GBD)

GEORGE B. DANIELS, United States District Judge:

The stay of Plaintiff's obligation to produce income tax returns of Mark Cox and Mark Cox Designs, Inc. is extended from September 25, 2020 to October 9, 2020.

Dated: New York, New York
       September 22, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge