UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARK COX,

               Plaintiff,

  -against-                                     **ORDER**
                                                 17 CV 6081 (GBD) (KNF)

GERMAN KITCHEN CENTER LLC, and
GERMAN KITCHEN CENTER, NEW YORK, LLC,

               Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that on or before February 19, 2021, the partes shall submit their joint pretrial order to the court. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge..

Dated:  New York, New York          SO ORDERED:
           January 29, 2021

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE