UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK COX

                        Plaintiff,

    -against-

GERMAN KITCHEN CENTER LLC et al.,

                       Defendants.
------------------------------------- x

ORDER

17 Civ. 6081 (GBD) (KNF)

GEORGE B. DANIELS, United States District Judge:

Defendants' response to Plaintiff's motion for summary judgment, (ECF No. 85), is due March 12, 2021. Plaintiff's reply, if any, is due March 19, 2021.

Dated: New York, New York
       March 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge