UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARK COX,

                  Plaintiff,

-against-

GERMAN KITCHEN LLC, GERMAN
KITCHEN CENTER, NEW YORK, LLC,
and MAYAN METZLER,

                  Defendants.

------------------------------------- x

ORDER

17 Civ. 6081 (GBD)

GEORGE B. DANIELS, District Judge:

The Court will hear oral argument on Plaintiff's Motion for Summary Judgment, (ECF 85), and Defendant's Motion for Summary Judgment, (ECF No. 93), on June 9, 2021 at 11:00 a.m.

Dated: May 12, 2021
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE