UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARK COX,

                Plaintiff,

   -against-

GERMAN KITCHEN LLC, GERMAN
KITCHEN CENTER, NEW YORK, LLC,
and MAYAN METZLER,

                Defendants.

------------------------------------- x

ORDER

17 Civ. 6081 (GBD)

GEORGE B. DANIELS, District Judge:

The oral argument scheduled for June 9, 2021 at 11:00 am is rescheduled to 11:30 am.

Dated: May 25, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE