UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK COX,

                                Plaintiff,

      -against-

GERMAN KITCHEN CENTER LLC,
GERMAN KITCHEN CENTER NEW YORK, LLC,
and MAYAN METZLER

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM DECISION AND
ORDER**

17 Civ. 6081 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

    A pre-trial conference is hereby scheduled for March 20, 2024 at 10:00 a.m.

**FEB 2 1 2024**

Dated:
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge