UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARK COX,

                       Plaintiff,

    -against-

GERMAN KITCHEN CENTER LLC,
GERMAN KITCHEN CENTER NEW YORK, LLC,
and MAYAN METZLER

                       Defendants.

------------------------------------- x

ORDER

17 Civ. 6081 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

    A pre-trial conference is hereby scheduled for May 8, 2024 at 10:00 a.m.

Dated: April 18, 2024
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge